ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    E-Mail: cynthia.denardi@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYBLE JOHNSON, <br><br>    Plaintiff, <br> v. <br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security,[1] <br><br>    Defendant. | CASE NO.: 5:12-cv-01694-OP <br><br> **JUDGMENT FOR REMAND** |

    The Court having approved the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment of Remand.

/ / /

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: February 25, 2013

HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE